United States District Court

For the Northern District of California

1

2

3                                                                    **\*E-FILED 1/23/09\***

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                                 SAN JOSE DIVISION

9

10   STEVE J. WOLF,                              NO. C 09-0173 RS

11          Plaintiff,                           **ORDER REASSIGNING CASE
                                                 AND RECOMMENDING THAT**
12   v.                                          **APPLICATION TO PROCEED** *IN*
                                                 *FORMA PAUPERIS* **BE DENIED**
13   FEDERAL GOVERNMENT OF THE UNITED            **AND CASE BE DISMISSED**
     STATES OF AMERICA
14
            Defendant.
15
                                            /
16

17   A.      Motion to Proceed *In Forma Pauperis*

18          Plaintiff Steve Wolf filed a complaint as well as an application to proceed *in forma pauperis*.

19   Pursuant to 28 U.S.C. § 1915(a)(1), the court may authorize the commencement of an action

20   "without prepayment of fees" by a person who submits an affidavit of poverty, indicating that the

21   affiant is "unable to pay such fees."  Upon approval of the application, the court allows the action to

22   proceed without payment of a filing fee, and service of process is made by "officers of the court" at

23   public expense.  28 U.S.C. § 1915(c)-(d).

24          Wolf states that he is employed by the federal government in "space" and has not been paid

25   for nine years.  He receives $11.60 monthly in Social Security benefits and $7.51 monthly in pension

26   payments for a total monthly income of $19.11.  Wolf lists three dependents (his wife and two

27   children) who receive $623.20 per month from him.  He lists no debts and his only claimed monthly

28   expense is rent of $11.60. Plaintiff later claims that he does *not* pay rent, utilities, or a mortgage.

                                                 1

United States District Court
For the Northern District of California

1   He asserts that he has no monthly expenses for food or clothing.  Finally, Wolf lists a bank account

2   with a present balance of $50.  Thus, Wolf's monthly income of $19.11 exceeds his claimed

3   expenses by more than $600.  Wolf, however, discloses no credit card debts or any other accruing

4   liabilities that would explain the apparent discrepancy between his claimed lack of income and his

5   acknowledged expenses.  Accordingly, even though his income is limited, Wolf's affidavit in support

6   of his application to proceed *in forma pauperis* is insufficient to support the conclusion that he is an

7   individual "unable to pay" the filing fee and the costs of service.

8          Under *Tripati v. Rison*, 847 F.2d 548, 549 (9th Cir. 1988), a magistrate judge "has no

9   authority to issue a dispositive order denying in forma pauperis status" absent the consent of the

10  parties under 28 U.S.C. § 636(c).  Furthermore, the consent of the named defendant may not be

11  solicited, because service of process will not be effectuated until *in forma pauperis* status is granted

12  or the filing fee is paid.  Even were Wolf to consent to the jurisdiction of the undersigned Magistrate

13  Judge, the consent of the defendant is essential to the court's power to enter an order denying *in*

14  *forma pauperis* status.  *Hajek v. Burlington N. R.R. Co.*, 186 F.3d 1105, 1107-08 (9th Cir. 1999)

15  (appellant who had expressly consented to jurisdiction of magistrate judge not estopped from

16  challenging jurisdiction based upon failure of appellee to consent).

17         Therefore, while it is the conclusion of the undersigned Magistrate Judge that Wolf fails to

18  demonstrate eligibility for *in forma pauperis* status, the order determining his application to proceed

19  *in forma pauperis* must be ruled upon by a District Judge.  This case is reassigned to a District Judge

20  with the recommendation that Wolf's application to proceed *in forma pauperis* be denied.

21  B.     The Complaint Appears to be Frivolous

22         In addition to permitting an action to proceed without the prepayment of a filing fee, 28

23  U.S.C. § 1915 also provides that the court shall dismiss a case if, at any time, the court determines

24  that such case is frivolous.  *See* 28 U.S.C. § 1915(e)(2)(B)(i).  Here, Wolf's complaint consists of

25  one sentence that states: "Iv'e been building a company for nine years[.]  I work 18 to 20 hours

26  everyday, I can not find my assets."  The one page complaint further includes a color photo of a

27  comet.  While Wolf may feel that the federal government has not paid him any wages for his work in

28  "space," he fails to set forth any claim upon which the court could award relief.  For these reasons, it

2

1   appears that Wolf's case is frivolous and may, therefore, be dismissed.  Accordingly, this case is

2   reassigned to a District Judge with the recommendation that Wolf's action be dismissed.

3        IT IS SO ORDERED.

4

5   Dated: January 23, 2009

    _____
6   RICHARD SEEBORG
    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER REASSIGNING CASE AND RECOMMENDING THAT APPLICATION TO PROCEED *IN FORMA PAUPERIS* BE DENIED AND CASE BE DISMISSED
     C 09-0173 RS

**United States District Court**
For the Northern District of California

3