**United States District Court**
For the Northern District of California

**E-filed on:   2/13/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

STEVE J. WOLF,

          Plaintiff,

    v.

FEDERAL GOVERNMENT,

          Defendant.

No. C-09-00173 RMW

JUDGMENT

On February 11, 2009, the court entered an order dismissing Wolf's complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Therefore,

Judgment is hereby entered in favor of defendant, and plaintiff is not entitled to any relief by way of his complaint.

DATED:     2/12/2009

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-09-00173 RMW
TSF

**Notice of this document has been sent to:**

**Plaintiff:**

Steve Wolf                    (no address)

**Counsel for Defendant:**

(No appearance)

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** _____          _____
                                                         TSF
                                           **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

JUDGMENT—No. C-09-00173 RMW
TSF                                         2